**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**ANTONIO L. SIBLEY,**

    **Defendant.**

    **Case No. CR2-14-196
Judge Gregory L. Frost**

## ORDER

This matter came on for a jury trial on May 18, 2015 through May 27, 2015 upon the Indictment charging Defendant with Sex Trafficking, in violation of 18 U.S.C. §§ 1591(a)(1) 1591(b)(2) and 1594(a) (Count 1) and using a minor to Engage in Sexually Explicit Conduct for the Purpose of Producing a Visual Depiction of Such Conduct, in violation of 18 U.S.C. §§ 2251(a) and  2251(e) (Count 2).

The jury was duly empaneled and sworn.  Testimony was taken and evidence admitted.  Although the Court had ruled on most pretrial motions prior to trial, some pretrial motions remained pending at the outset the trial and these motions were disposed of during trial.

After due deliberations, the jury returned a guilty verdict on Count 2 but informed the Court that they could not reach unanimous agreement on Count 1.  The Court then provided the *Allen* charge to the jury and instructed the jury to continue deliberating.  Thereafter, the jury informed the Court that it could not reach a unanimous verdict on Count 1.  The Court polled the jury and found that the jury was not able to reach a unanimous verdict on Count 1 and the Court declared a mistrial as to Count 1.

1

The Court accepts the Guilty verdict on Count 2. The Court will schedule a sentencing hearing on Count 2 once a presentence report is received.

The Court declares a mistrial on Count 1 and the Government shall notify the Court and defense counsel if it intends to re-try the issues in Count 1.

Defendant shall be held without bail pending sentencing on Count 2.

IT IS SO ORDERED.

  /s/  Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE